## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No.  07-cv-00947-REB-CBS

CONFLUENCE METROPOLITAN DISTRICT, quasi-municipal corporation and political subdivision of the State of Colorado, and
AVON STATION METROPOLITAN DISTRICT, quasi-municipal corporation and political subdivision of the State of Colorado,

    Plaintiffs,

v.

EAST WEST RESORT DEVELOPMENT XIV, L.P., LLLP,
UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,
HOLY CROSS ELECTRIC ASSOCIATION, INC.,
EAGLE RIVER WATER AND SANITATION DISTRICT,
JP MORGAN CHASE BANK N.A.,
THE VAIL CORPORATION, a Colorado corporation,
TOWN OF AVON, a Colorado municipal corporation,
KAREN SHAEFFER, in her official capacity as Treasurer of Eagle County, and
KAREN SHAEFFER, in her official capacity as Public Trustee of Eagle County,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before the court on the **Stipulation of Dismissal With Prejudice** [#49], filed September 18, 2008.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation of Dismissal With Prejudice** [#49], filed September 18, 2008, is **APPROVED**;

    2.  That any pending motion is **DENIED** as moot; and

    3.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 18, 2007, at Denver, Colorado.

                         **BY THE COURT:**

                         **s/ Robert E. Blackburn**
                         **Robert E. Blackburn**
                         **United States District Judge**